IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KENNETH FONTENOT,

    Plaintiff,

vs.

    Case No. C2-07-592
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Terence P. Kemp

FREIGHTLINER, LLC.,
    et al.,

    Defendants.

## ORDER

Plaintiff's Motion to Dismiss his Complaint (Doc. #4) is **GRANTED**. The Clerk is directed to remove this matter from the Court's pending motions list, and to terminate the case.

**IT IS SO ORDERED.**

\_\_\_\_9-12-2007_____      _____
**DATED**                                        EDMUND A. SARGUS, JR.
                                              UNITED STATES DISTRICT JUDGE